# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Resource Technology Corporation      **Defendant(s):**

County of Residence:                                   County of Residence:

Plaintiff's Atty:  Brian M Graham                      Defendant's Atty:
                   Shaw Gussis et al
                   1144 W Fulton St Ste 200 Chgo
                   IL
                   312/541-0151

**II. Basis of Jurisdiction:**       3. Federal Question (U.S. not a party)

**III. Citizenship of Principal
Parties** (Diversity Cases Only)
        Plaintiff:- N/A
        Defendant:- N/A

08CV4228
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

**IV. Origin :**            1. Original Proceeding

**V. Nature of Suit:**      422 Appeal 28 USC 158

**VI. Cause of Action:**    Notice of Appeal

FILED
JUL 2 5 2008 TC
7-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**VII. Requested in Complaint**
        Class Action:
        Dollar Demand:
        Jury Demand:

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: _Dorothy Carroll_

Date: 7/25/2008

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**        Revised: 06/28/00

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm                          7/24/2008