IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 1:08-cv-4040 |
| | ) | Case No. 1:08-cv-4228 |
| Resource Technology Corporation, | ) | |
| | ) | Appeal from Bankr. Case |
| Debtor. | ) | No. 99 B 35434 |

## NOTICE OF MOTION

TO:   Colleen E. McManus
DLA Piper US LLP IL
203 North LaSalle Street
20th Floor
Chicago, IL 60601
(312) 368-4000
cmcmanus@muchshelist.com

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008, at 9:30 a.m., we shall appear before Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 at 219 S. Dearborn, Chicago, Illinois, and present the Chapter 7 Trustee's **MOTION TO CONSOLIDATE RELATED ACTIONS**, a copy of which is hereby served upon you.

Dated: July 28, 2008

**Jay A. Steinberg not individually but
solely as Chapter 7 Trustee for
Resource Technology Corporation**

By:   /s Gregory E. Ostfeld
_____
James G. Richmond
Gregory E. Ostfeld
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400

**CERTIFICATE OF SERVICE**

  I, Gregory E. Ostfeld, an attorney, hereby certify that on July 28, 2008, I filed with the United States District Court for the Northern District of Illinois, Eastern Division, the **NOTICE OF MOTION**, **MOTION TO CONSOLIDATE RELATED ACTIONS** and **CERTIFICATE OF SERVICE**, a true and correct copy of which are attached hereto and sent via messenger delivery to:

Bruce L. Wald
Jeffrey B. Rose
Natalia K. Rzepka
Tishler & Wald, Ltd.
200 S. Wacker Dr.
Suite 3000
Chicago, Illinois 60606

            /s/ Gregory E. Ostfeld
              Gregory E. Ostfeld