**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | )     District Court Case No. 08 C 4235 |
| Resource Technology Corporation, | )     Consolidated with 08 C 4228 |
| | ) |
| Debtor. | )     Honorable Matthew F. Kennelly |
| | ) |
| | ) |
| Ungaretti & Harris, LLP, | ) |
| | )     Appeal from the United States |
| Appellant, | )     Bankruptcy Court for the |
| | )     Northern District of Illinois, |
| v. | ) |
| | )     Bankruptcy Case No. 99-35434 |
| Jay A. Steinberg, not Individually but Solely as | ) |
| Chapter 7 Trustee of the Estate of Resource | ) |
| Technology Corporation, | )     Honorable Eugene R. Wedoff, |
| | )     Bankruptcy Judge |
| Appellee. | ) |

## NOTICE OF FILING

TO:     Bruce L. Wald
        Jeffrey B. Rose
        Natalia K. Rzepka
        Tishler & Wald, Ltd.
        200 S. Wacker Dr.
        Suite 3000
        Chicago, Illinois 60606

PLEASE TAKE NOTICE that on Tuesday, August 26, 2008, we caused to be filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division, the **BRIEF OF APPELLEE JAY A. STEINBERG, NOT INDIVIDUALLY BUT SOLELY AS CHAPTER 7 TRUSTEE OF THE ESTATE OF RESOURCE TECHNOLOGY CORPORATION**, a copy of which is attached hereto and hereby served upon you.

*CHI 57,460,055v1 8-24-08*

Dated: August 26, 2008

**THE CHAPTER 7 ESTATE OF RESOURCE TECHNOLOGY CORPORATION, BY AND THROUGH JAY A. STEINBERG, NOT INDIVIDUALLY BUT SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE**

By:     /s James G. Richmond
        James G. Richmond
        Gregory E. Ostfeld
        GREENBERG TRAURIG, LLP
        77 West Wacker Drive, Suite 2500
        Chicago, Illinois 60601
        (312) 456-8400
        Fax: (312) 456-8435

Barry A. Chatz
George P. Apostolides
ARNSTEIN & LEHR, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, James G. Richmond, an attorney, hereby certify that on August 26, 2008, I electronically filed the **NOTICE OF FILING** and **BRIEF OF APPELLEE JAY A. STEINBERG, NOT INDIVIDUALLY BUT SOLELY AS CHAPTER 7 TRUSTEE OF THE ESTATE OF RESOURCE TECHNOLOGY CORPORATION**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Bruce L. Wald
Jeffrey B. Rose
Natalia K. Rzepka
Tishler & Wald, Ltd.
200 S. Wacker Dr.
Suite 3000
Chicago, Illinois 60606

Via Hand Delivery
Judge Matthew F. Kennelly
Everett McKinley Dirksen Building
219 South Dearborn St.
Chambers 2188
Chicago, Illinois 60604

/s/ James G. Richmond
James G. Richmond