Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4228 | **DATE** | 8/28/2008 |
| **CASE TITLE** | In Re: In Re: Resource Technology Corp. | | |

**DOCKET ENTRY TEXT**

Nunc pro Tunc 8/5/08: Motion to consolidate cases for all purpose is granted. Clerk of Court is directed to consolidate case 08 C 4228 with case 08 C 4040, and Clerk is further directed to close case 08 C 4228. No further entries are to be made to 08 C 4228. Motion to set briefing schedule is granted. Motion for a rule to show cause is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|